# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                             Case No. 13-30896 –DHW
                                                  Chapter 13
Alex Hall,

    Debtor.


## ORDER GRANTING TRUSTEE'S MOTION TO
## MODIFY DEBTOR'S CONFIRMED CHAPTER 13 PLAN FOR LAWSUIT PROCEEDS

The Trustee's Motion to Modify Debtor's Confirmed Chapter 13 Plan for Lawsuit Proceeds (Doc. 32) came for a hearing on September 9, 2013.

For the reasons stated in open court, it is

ORDERED that the Motion is GRANTED.  It is further ORDERED that no disbursement of the proceeds unless approved by the Court.


Dated: September 10, 2013                    /s/ Dwight H. Williams, Jr.
                                             Chief United States Bankruptcy Judge


c:      Debtor
      Richard D. Shinbaum, Attorney for Debtor
      Curtis C. Reding, Trustee
      Teresa Jacobs, Bankruptcy Administrator