UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 13–30896
Chapter 13

Alex Hall

    Debtor

# ORDER

This case is before the court on the following matter:

**45** – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Richard D. Shinbaum on behalf of Alex Hall. Responses due by 03/14/2016. (Attachments: # 1 Settlement Information) (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 15th day of March, 2016.

Dwight H. Williams Jr.
United States Bankruptcy Judge