RECEIVED APR 18 2016
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

FILED APR 18 2016
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

ALEX HALL,

    Debtor(s).

CHAPTER 13 CASE
NO. 13-30896

PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH ST, MONTGOMERY, ALABAMA 36104.

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for: Application to Employ Professional Persons

## APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE

COMES NOW, the undersigned counsel, and respectfully submits the instant application for employment of professional persons pursuant to 11 U.S.C. §327 and Rule 2014 of the Bankruptcy Rules of Procedure and in support of said application states as follows:

The debtor(s) desires to retain William S. Morris of the firm of Morris Cary Andrews Talmadge & Driggers, LLC in Dothan, Houston County, Alabama, for the specific purpose of recovering damages arising out of a claim filed by the debtor(s) against Wendy's International, LLC. This claim is in the nature of an on the job injury. This attorney was previously retained by the Debtor.

I, William S. Morris, am duly licensed to practice law in the State of Alabama.

I, William S. Morris, was initially employed by the debtor to represent him and am familiar with the facts and legal issues involved in the case.

I, William S. Morris, do not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

Attached and submitted hereto is an affidavit executed by William S. Morris in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of The Bankruptcy Rules of Procedure. I, William S. Morris, have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor and upon granting of this application, the estate, in the representation of the estate in this action.

The debtor has signed a contract with William S. Morris's firm for representation regarding the cause of action. The terms of the contract include a fifteen (15) percent contingency fee, plus reimbursement of out-of-pocket expenses. No money has been paid to the attorney prior to the filing of this Application. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter. However, if there is no recovery, William S. Morris acknowledges that the bankruptcy estate of Alex Hall shall not be responsible for reimbursement of attorney's fees or for any out-of-pocket expenses.

WHEREFORE, the above premises considered, I move this Honorable Court to authorize the employment of William S. Morris to represent the estate in the claim filed by the Debtor. Upon settlement or completion of the cause of action, William S. Morris will apply to the Court for approval of fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

Respectfully submitted this 15th day of April 2016.

*William S. Morris*
William S. Morris
MORRIS, CARY, ANDREWS,
TALMADGE & DRIGGERS, LLC
Attorney for Plaintiff
Post Office Box 1649
Dothan, Alabama 36302
Telephone: (334) 792-1420
Facsimile: (334) 673-0077

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing APPLICATION TO EMPLOY PROFESSIONAL PERSON on the parties listed below by electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 15th day of April 2016.

*William S. Morris*
William S. Morris

Alex Hall
2001 Azalea Park Lane
Montgomery, AL 36106

Richard D. Shinbaum
SHINBAUM & CAMPBELL
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery AL 36104