# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

CHAPTER 13 CASE
NO. 13-30896

ALEX HALL,

Debtor(s).

## APPLICATION FOR APPROVAL OF ATTORNEY FEES AND EXPENSES

**COMES NOW**, the undersigned attorney, whose employment was approved by this Honorable Court pursuant to 11 U.S.C. §327 in the above-styled case and respectfully requests this Honorable Court to approve Attorney fees and expenses incurred in conjunction with the representation and subsequent proposed settlement of the debtor(s) claim as follows:

1. On or about February 18, 2015, the Debtor(s) employed the undersigned counsel and for that representation agreed to pay the undersigned attorney fees of 15% of any recovery, plus reimbursement of reasonable expenses. The undersigned has filed an application with this Court for the approval of this employment that was granted by this Court on May 13, 2016.

2. The undersigned obtained a total settlement of $5,000.00. Under the agreement executed by the Debtor(s) and approved by this Court, the undersigned is entitled to attorney fees in the amount of $750.00 which represent 15% of the gross recovery.

3. The undersigned incurred expenses of $560.66, consisting of $113.87 for medical records, $130.00 in copying and administrative expenses, $4.39 in postage and $110.59 in mileage expenses during the course of handling this case, and $201.81 in state court filing fee expenses.

4. The undersigned counsel has filed a motion for the approval of the settlement reached in this case.

**WHEREFORE**, the undersigned respectfully petitions this Honorable Court to approve his/her request for attorney fees of $750.00 and expenses $560.66.

Respectfully submitted this 15th day of June 2016.

*William S. Morris*
William S. Morris
MORRIS, CARY, ANDREWS,
TALMADGE & DRIGGERS, LLC
Attorney for Plaintiff
Post Office Box 1649
Dothan, Alabama 36302
Telephone: (334) 792-1420
Facsimile: (334) 673-0077

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing APPLICATION FOR APPROVAL OF ATTORNEY FEES AND EXPENSES on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 15th day of Jnue 2016.

*Will Morris*
William S. Morris

Alex Hall
2001 Azalea Park Lane
Montgomery, AL 36106

Richard D. Shinbaum
SHINBAUM & CAMPBELL
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery AL 36104